1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

2:09-CV-839 JCM (GWF)

7  GENERAL ELECTRIC CAPITAL
   CORPORATION,
8
9              Plaintiff,

10  v.

11  RAY A. MENDOZA,

12              Defendant.

13

14                                    **ORDER**

15        Presently before the court is plaintiff's motion to change case caption to correct name and

16  reissue judgment.  (Doc. # 19).  Although defendant's response was due on July 24, 2010, to date,

17  no opposition has been filed.

18        Pursuant to Fed. R. Civ. P. 60(a), plaintiff requests that the case caption be changed from

19  defendant Ray A. Mendoza to Roy A. Mendoza.  Plaintiff states that this clarification became

20  apparent in defendant's answer to the complaint.

21        Good cause appearing,

22        IT IS HEREBY ORDERED ADJUDGED AND DECREED that plaintiff's motion to change

23  case caption and reissue judgment (doc. # 19) is GRANTED.  The clerk of the court shall enter an

24  amended judgement reflecting the defendant's true name, Roy A. Mendoza.

25        DATED July 28, 2010.

26

27  _____
    UNITED STATES DISTRICT JUDGE
28

**James C. Mahan**
**U.S. District Judge**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -